BOARD OF ALDERMEN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

HARRY STELLA v. BANKERS COMMERCIAL CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

HENRY MINDLIN and Others v. MEYER DORFMAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

DYER PEARL and Others v. LOUIS LIPSKIN.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

DYER PEARL and Others v. LOUIS LIPSKIN.— Motion for leave to withdraw appeal without costs granted. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

HENRY LUSTIG v. JOHN NADAY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

ESTELLE BRUNOR v. EMILE BRUNOR.— Motion to dismiss appeal granted unless printed record on appeal is served and filed on or before November twenty-ninth. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

WILLIAM H. W. YOUNGS v. CLARISSA GOODMAN and Others.— Motion to restore appeal to calendar and set it down for argument for November eighteenth granted. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

HARRY SILVERMAN v. OSCAR POLITZER.— Motion to restore appeal to calendar granted. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

ISIDORE ABRAHAMS v. S. W. & W. AMUSEMENT COMPANY.— Motion to restore appeal to calendar granted; the case to be submitted on both sides on restoration. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

RAW SILK TRADING COMPANY v. FULTON COUNTY SILK MILLS.— Motion to restore appeal to calendar granted for November eighteenth. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

HENRY MAYRHOFER, Respondent, v. JOSEPH J. DELONG, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

LITTLEFIELD-SHEPPERD COMPANY, INC., Respondent, v. JOHN C. DUNN, Appellant.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

SAMUEL KARTEN and Others, Copartners, etc., Respondents, v. BACHMEIER & CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

CHARLES E. MERRILL and Others, Copartners, etc., Respondents, v. NATHANIEL H. WHEELER, Appellant, Impleaded with DEE ALLEN.— Judg-